█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FARRELL, Appellant. [609 NYS2d 824] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered January 4, 1991, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the appeal is held in abeyance, and the matter is remitted to the Supreme Court, Richmond County, for a reconstruction hearing to determine whether the defendant was present at that portion of the *Sandoval* hearing conducted on October 24, 1990; the Supreme Court shall file its report with all deliberate speed.

Because the record is unclear as to whether the defendant was present during that portion of the *Sandoval* hearing held

on October 24, 1990, and because the decision rendered was not "wholly favorable" to the defendant, this case must be remitted to the Supreme Court for a reconstruction hearing to determine this issue (see, *People v Odiat,* 82 NY2d 872; *People v Michalek,* 82 NY2d 906; *People v Favor,* 82 NY2d 254; *People v Dokes,* 79 NY2d 656). Bracken, J. P., Miller, O'Brien and Altman, JJ., concur.